UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| GILDA PATTERSON | ) | |
| | ) | |
| v. | ) | NO. 2:07-CV-10 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

**O R D E R**

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated December 7, 2007. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for judgment on the pleadings, [Doc. 13], be granted to the extent of remanding the case to the Commissioner, and defendant's motion for summary judgment, [Doc. 15], be denied. No objections to the Report and Recommendation have been filed by either party.

After careful consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are

1

incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 18], and that plaintiff's motion for judgment on the pleadings, [Doc. 13], be **GRANTED** to the extent of **REMANDING** the case to the Commissioner, and defendant's motion for summary judgment, [Doc. 15], be **DENIED**. It is, therefore, **ORDERED** that, pursuant to 42 U.S.C. § 405(g), this matter is **REMANDED** to the Commission of Social Security for rehearing.

E N T E R:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE