UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| GILDA L. PATTERSON ) | |
| ) | |
| v. ) | NO. 2:07-CV-10 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge, [Doc. 24]. Neither the plaintiff nor the government has filed objections to this report.

After careful and *de novo* consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 24], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the plaintiff's motion to for an award of attorney's fees is **GRANTED,** [Doc. 21], and counsel is awarded a fee of $1,474.90.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE